UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY B-21-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:22CR52 (AWT)(ems) |
| v. | VIOLATIONS: |
| BRANNON WINSTON | 18 U.S.C. § 922(a)(1)<br>(Engaging in the Firearms Business without a License)<br><br>18 U.S.C. § 924(n)<br>(Crossing State Lines with the Intent to Engage in the Unlicensed Dealing of Firearms) |

INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Engaging in the Firearms Business without a License)

1. From in or about January 2021 through in or about December 3, 2021, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendant BRANNON WINSTON, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a) and 924(a)(1)(D).

### COUNT TWO
(Crossing State Lines with the Intent to Engage in the Unlicensed Dealing of Firearms)

2. From in or about January 2021 through in or about December 3, 2021, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendant BRANNON WINSTON, not being a licensed importer, licensed manufacturer, or licensed dealer, unlawfully, willfully and knowingly, did engage in the business of dealing in firearms, and in the

course of such business did ship, transport, and receive firearms in interstate and foreign commerce, and, with the intent to engage in conduct constituting a violation of this section, traveled from Georgia to Connecticut and acquired, and attempted to acquire, firearms in Georgia in furtherance of such purpose, to wit, the defendant BRANNON WILSON, acquired numerous firearms in Georgia and caused them to be transported to Connecticut for sale.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(n).

## FORFEITURE ALLEGATION

(Firearms Offenses)

3. Upon conviction of one or more the firearm offenses alleged in Count One or Two of this Indictment, the defendant BRANNON WINSTON shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

All in accordance with Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
_____
FOREPERSON

UNITED STATES OF AMERICA

_____
LEONARD C BOYLE
UNITED STATES ATTORNEY

_____
RAHUL KALE
ASSISTANT UNITED STATES ATTORNEY